A. C. KILLIAN v. Fred G. ZERBST, Warden of the United States Penitentiary at Leavenworth, Kansas.

No. 1100.

Circuit Court of Appeals, Tenth Circuit.

May 18, 1934.

Fern Messick, of Topeka, Kan., for appellant.

S. S. Alexander, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.

---

Mike MAHOOD, alias Mike Mawad, v. UNITED STATES of America.

No. 6578.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1934.

Henry Lavine, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss indictment.

---

Day KIMBALL, Lawrence Kimball, and Hartford-Connecticut Trust Company, as Administrators with the Will Annexed of Jeanie L. Kimball, Deceased, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 423.

Circuit Court of Appeals, Second Circuit.

June 25, 1934.

Perkins, Malone & Washburn, of New York City (Watson Washburn, of New York City, of counsel), for petitioners.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and F. A. Le Sourd, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Porter v. Com'r, 288 U. S. 436, 53 S. Ct. 451, 77 L. Ed. 880; Burnet v. Guggenheim, 288 U. S. 280, 53 S. Ct. 369, 77 L. Ed. 748; Burnet v. Wells, 289 U. S. 670, 53 S. Ct. 761, 77 L. Ed. 1439.